JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HECTOR CORREA, | ) | NO. CV 23-9588-JAK(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| JAMES FRYHOFF, VENTURA COUNTY SHERIFF, ET AL., | ) | |
| Defendants. | ) | |

    IT IS ADJUDGED that the action is dismissed without prejudice.

    DATED: February 6, 2024.

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE