# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR CORREA,<br><br>      Plaintiff,<br><br>   v.<br><br>M. RODRIGUEZ, ET AL.,<br><br>      Defendants. | No. LA CV 23-9588-JAK(E)<br><br>ORDER ACCEPTING FINDINGS,<br><br>CONCLUSIONS AND RECOMMENDATIONS<br><br>OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. section 636, the Court has reviewed all of the records in this matter and the Report and Recommendation of United States Magistrate Judge Eick.  Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which any objections have been made. The objections are without merit. Accordingly, the Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that the action is dismissed as against Defendant M. Rodriguez with prejudice and without further leave to amend.  It is further ordered that, within twenty-one (21) days of the date of this Order, Plaintiff shall file a declaration attempting to show cause, if there be any, why the action should not be dismissed as against the fictitiously named Defendants.  Failure to file a timely declaration demonstrating such cause may result in the

dismissal of the action.

IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order on Plaintiff and on all counsel of record.

DATED: July 17, 2025.

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE