# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR CORREA,<br><br>        Plaintiff,<br><br>v.<br><br>M. RODRIGUEZ, et al.,<br><br>        Defendants. | No. 2:23-cv-09588-JAK (Ex)<br><br>**JUDGMENT**<br><br>**[JS-6: CASE TERMINATED]** |

1

Pursuant to the Order Dismissing the Action (Dkt. 65), it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. The operative pleading is the Fourth Amended Complaint filed on March 28, 2025 (the "FAC") by Hector Correa ("Plaintiff").

2. Sheriff James Fryhoff, Deputy M. Rodriguez, the Ventura County Sheriff's Office and the Ventura County Board of Supervisors ("Defendants") have **JUDGMENT** entered in their favor and against Plaintiff.

3. Plaintiff shall take nothing by way of the FAC.

4. The action is **DISMISSED** with prejudice

5. Defendants may seek post-judgment remedies as provided in Fed. R. Civ. P. 54(d) and Local Rule 54. Any request for any other relief is **DENIED**.

**IT IS SO ORDERED.**

Dated: September 11, 2025

John A. Kronstadt
United States District Judge